UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-18-WWB-LLL

FREDI AGUSTIN-VASQUEZ Y GUARDADO

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against FREDI AGUSTIN-VASQUEZ Y GUARDADO in the above styled case, and it is set for Initial Appearance as to said defendant at Jacksonville, Florida, on February 25, 2025 at 2:00 p.m.

2. The defendant is now confined in Putnam County Jail, 130 Orie Griffin Boulevard, Palatka, FL 32177.

3. It is necessary to have said defendant before this Court for Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Putnam County Jail and also directing

the said Warden, of the Putnam County Jail, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: February 12, 2025.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Laura.C.Taylor@usdoj.gov